COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Lee Ann Wheelbarger, Terri Tiedeman, Doreen Marderness, Jerry Savoy, Howard Janson, Carla Alan Kivela, James Huseman, Bull Capital Company, James Durham, Mary Lou Durham, Patricia Koelling, and Frank Gezner, Jr., *Appellants/Cross-appellees*

v.

The Landing of Counsel of Co-Owners, *Appellee/Cross-appellant*

and

William Henslee, Tom Jenkins, Troy Jones, David Marks, Barnard Pearl, Thomas Walsh, Stan Williams, Andrew Rosenberg, Jack Ereira, and Timothy Patak, *Appellees*

Appellate case number: 01-13-00619-CV

Trial court case number: 2010-58056

Trial court: 190th District Court of Harris County

The parties to this appeal have filed a "Joint Motion for Second Extension of Time to File Appellees' Briefs and to Adopt New Briefing Schedule," requesting that we modify the briefing schedule to allow all counsel additional time and to keep the briefing deadlines the same for both the appeal and cross-appeal. We **grant** the motion.

Accordingly, we ORDER that the briefing schedule in this case will be as follows:

- All briefs as appellees are due on Wednesday, July 2, 2014; and

- All briefs in reply are due on Friday, August 1, 2014.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    x  Acting individually     ☐ Acting for the Court

Date: June 26, 2014